**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**SHALIECE D. HALL,**

    **Plaintiff,**

                                    **CASE NO.:  2:17-cv-607-FLM-29MRM**

v.

**THE UNITED GROUP OF COMPANIES,**
**INC. AND CARLYLE INVESTMENT**
**MANAGEMENT LLC,**

    **Defendants.**

**DEFENDANT THE UNITED GROUP OF COMPANIES, INC.'S**
**NOTICE OF APPEARANCE OF NICOLE SANTAMARIA**

Nicole Santamaria, Esq. hereby gives notice of her appearance as counsel for and on behalf of Defendant, THE UNITED GROUP OF COMPANIES, INC.  The undersigned counsel requests that all pleadings, notices, correspondence, and other papers in this matter be directed to the undersigned at the address below.

Dated this 10th day of January, 2018.

                                              Respectfully submitted,

                                              */s/ Nicole Santamaria, Esq.*
                                              Monica Williams Harris, Esq.
                                              Florida Bar No. 0566780
                                              monica.harris@jacksonlewis.com
                                              Nicole Santamaria, Esq.
                                              Florida Bar No. 0125294
                                              nicole.santamaria@jacksonlewis.com
                                              **JACKSON LEWIS P.C.**
                                              100 South Ashley Drive, Suite 2200
                                              Tampa, Florida 33602
                                              Telephone:     (813) 512-3210
                                              Facsimile:      (813) 512-3211

/s/ Mary A. Smith, Esq.
Mary A. Smith, Esq.
*Admitted Pro Hac Vice*
smithm@jacksonlewis.com
**JACKSON LEWIS P.C.**
44 South Broadway
14th Floor
White Plains, NY 10601
Telephone:	(914) 872-8060
Facsimile:	(914) 946-1216

*Attorneys for Defendant
  The United Group of Companies, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 10th day of January, 2018, a true and correct copy of *Defendant The United Group of Companies, Inc.'s Notice of Appearance of Nicole Santamaria* was filed via the CM/ECF system, which will send electronic notice to all counsel of record.

/s/ Nicole Santamaria
*Attorney*

4839-1325-2698, v. 1